UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: John T. Metoyer            CASE NO.: 10-80353
Tellie N. Metoyer
227 Melle Street
Natchitoches, LA 71457

## CHAPTER 13 PLAN

**I.** Debtor proposes to pay by direct pay into the Chapter 13 Plan monthly payments of $250 for sixty (60) months.

**II.** Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| Wilmer Metoyer & Kathleen Hudec<br>collateral - Residence, 3 mobile homes<br>& 1998 Chevrolet<br>(Cross Collateralized) | $110,000.00 | $740.00 |
| City Bank & Trust<br>collateral - Parents Certificate of Deposit | $ 37,650.00 | $230.00 |
| City Bank & Trust<br>collateral - Parents Certificate of Deposit | $ 12,354.00 | $523.00 |
| City Bank & Trust<br>collateral - Parents Certificate of Deposit | $ 12,189.00 | $ 70.00 |

**III.** Claims to be paid by Trustee.

    **A. ATTORNEY AND ADMINISTRATIVE FEES.** McBride and Collier shall receive attorney and administrative fees of $3,164, which includes attorney fees of $2,800, court costs fee of $274, credit counseling fee of $40, credit report fee of $50. The Trustee shall receive fees of approximately 10% of plan payments.

    **B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

        **1. Real Property:**

            Willmer Metoyer & Kathleen Hudec: collateral - Residence, 3 mobile homes & 1998 Chevrolet; pre-petition arrearage of $8,000.

        **2. Personal Property:**

            Bank of Montgomery: collateral - 2002 Mazda Millenia; estimated secured claim of $1,800 to be paid with interest at 9%.

            City Bank & Trust: collateral - Parents Certificate of Deposit; pre-petition arrearage of $2,586.

    **C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **NONE**

    **D. GENERAL UNSECURED CLAIMS.** Unless specifically listed above, all other claims will be treated as General Unsecured Claims, and will receive a minimum of 0% of their claims.

| | | | |
|---|---|---|---|
| 5 Star Bank | $ 2,107 | Account Control Bureau | $ 1,316 |
| Account Control Bureau | $ 970 | Bank of Montgomery | $ 715 |
| Capital One | $ 789 | Cavalry Portfolio Services | $10,895 |
| Cb South | $ 2,102 | Citibank | $13,531 |
| Citifinancial | $ 9,831 | CMRE | $ 886 |
| Credit Bureau of Greater Shreveport | $ 57 | Credit Bureau Services | $ 79 |
| Discover Financial | $ 5,794 | GEMB/JCP | $ 1,055 |
| General Collections & Recoveries | $ 650 | General Collections & Recoveries | $ 190 |
| General Collections & Recoveries | $ 153 | HSBC Bank | $ 334 |
| LA Capital Federal Credit Union | $ 2,671 | NCO Financial | $ 1,572 |
| Pyod LLC | $ 577 | Tower Loan | $ 5,090 |
| Tower Loan | $ 2,964 | Wells Fargo | $ 2,290 |
| West Asset Management | $ 1,816 | | |

**IV.** **TAX PLEDGE.** In the event that: (1) the plan does not pay 75% to unsecured creditors or (2) there are tax debts, or (3) the debtor(s) income is below the median income, the debtor(s) will dedicate his/her/their tax refunds **EXCEPT EARNED INCOME CREDIT** to the Trustee for the 2009, 2010 and 2011 tax years.

Respectfully submitted this 18th day of March, 2010.

                                                             MCBRIDE & COLLIER

                                                             /s/ Thomas C. McBride
                                                             THOMAS C. MCBRIDE, # 9210
                                                             VIRGINIA W. BROWN, # 2194
                                                             301 Jackson Street, Suite 101
                                                             Alexandria, LA 71301
                                                             Phone: (318) 445-8800